IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFF POFF,

            Plaintiff,

v.

JOLINDA WATERMAN, SANDRA MCARDLE,
DR. SALAM SYED, JESSE BEAVER, TIM DETERS,
JAIME GOHDE and JANE DOE,

            Defendants.

ORDER

18-cv-563-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff Jeff Poff is proceeding on an Eighth Amendment claim that staff at the Wisconsin Secure Program Facility and the Columbia Correctional Institution failed to provide him adequate medical care for his injured knee. Before the court are two motions filed by plaintiff: (1) his motion for mediation, dkt. #90; and (2) his "objection" to defendant Tim Deters's motion for summary judgment on exhaustion grounds. Dkt. #103. Both motions will be denied.

      In his first motion, plaintiff asks that "this case be moved for mediation to resolve plaintiff's claims." However, this court does not order parties to engage in mediation. If plaintiff believes that this case can be resolved through settlement negotiations, he may contact defense counsel to see if defendants are interested in mediation.

      In his second filing, plaintiff "objects" to defendant's motion for summary judgment on the grounds that it was not filed with the court and plaintiff did not have an opportunity to respond to it. However, the court docket shows that the motion was filed on July 9, 2019, the same day that plaintiff filed his objection. Further, plaintiff's objection appears

1

to be moot because plaintiff responded to the motion for summary judgment on July 22, 2019. Dkt. #104.

ORDER

IT IS ORDERED that plaintiff Jeff Poff's motion for mediation, dkt. #90, and objection to defendant Tim Deters's motion for summary judgment, dkt. #103, are DENIED.

Entered this 8th day of August, 2019.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge