IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFF POFF,

    Plaintiff,

v.

Case No. 18-cv-563-bbc

JOLINDA WATERMAN, SANDRA MCARDLE, DR. SALAM SYED, JESSE BEAVER, TIM DETERS, JAIME GOHDE, DENISE VALERIUS, LAURA WOOD, JAMIE STROEDE, TRISHA ANDERSON, ANGELICA ROWIN FOX, CANDACE WARNER AND L. ALSUM,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 1/29/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |